# Order

**Lansing, Michigan**

September 11, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139263(48)

WESLEY GANSON and WANDA GANSON,
      Plaintiffs-Appellants,

v

WELLS FARGO BANK OF MINNESOTA,
NATIONAL ASSOCIATION SOLELY IN ITS
CAPACITY AS TRUSTEE, et al,
      Defendants-Appellees.

SC: 139263
COA: 284720
Wayne CC: 07-704805-CH

_____/

      On order of the Court, the motion for reconsideration of this Court's August 20, 2009 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

September 11, 2009

Clerk

d0908